1  Roman M. Silberfeld, Bar No. 62,783
   RMSilberfeld@rkmc.com
2  David Martinez, Bar No. 193183
   DMartinez@rkmc.com
3  **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
   2049 Century Park East, Suite 3400
4  Los Angeles, CA  90067-3208
   Telephone:  (310) 552-0130
5  Facsimile:  (310) 229-5800

# JS-6

6  Attorneys for Plaintiff
   Third Estate LLC, dba Dope and
7  Dope Couture

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THIRD ESTATE LLC, dba DOPE and DOPE COUTURE,<br><br>Plaintiff,<br><br>v.<br><br>Y.M., INC., a Canadian corporation d/b/a URBAN PLANET; and DOES 1 through 10,<br><br>Defendants. | Case No. 13-6408-CAS (FFMx)<br><br>**CONSENT JUDGMENT AND PERMANENT INJUNCTION**<br><br>**The Honorable Christina A. Snyder** |

60722154.1

CONSENT JUDGMENT
AND PERMANENT INJUNCTION

# CONSENT JUDGMENT
# AND PERMANENT INJUNCTION

Plaintiff Third Estate LLC, dba Dope and Dope Couture ("Third Estate") and Defendant Y.M., Inc., dba Urban Planet ("YM") (Third Estate and YM are from time to time referred to as "the Parties" and individually as "Party"), having agreed to a settlement of the claims between them asserted in this lawsuit, and having stipulated to entry of this Consent Judgment for purposes of settlement only;

It is hereby ORDERED, ADJUDGED AND DECREED:

Third Estate has filed this action asserting claims for trademark infringement and unfair competition, among others, and wherein it alleges that, *inter alia*, YM has distributed, offered for sale and sold at wholesale and/or retail various merchandise, apparel and services using various marks owned by Third Estate.

Third Estate alleges that it is a widely recognized designer and retailer of contemporary and high end street-wear, including clothing, apparel, jewelry and accessories, and that it sells its products through both an on-line retail store outlet located at http://shop.dopecouture.com and www.dope.com ("DOPE Website"), and a physical retail store located in 454 N. Fairfax Avenue, Los Angeles, California ("DOPE Store").

Third Estate alleges that, at all relevant times, it has used the DOPE COUTURE trademark and trade name ("DOPE COUTURE Mark") in interstate commerce, and the DOPE trademark and trade name ("DOPE Mark") (collectively, "DOPE Marks"), including through the DOPE Store and the DOPE Website.

Third Estate alleges that, at all relevant times, it has prominently displayed its DOPE Marks in connection with fashion apparel sold in the DOPE Store and DOPE Website.

Third Estate is the owner of multiple U.S. Trademark Registrations for certain marks used in connection with men's and women's fashion and jewelry, as follows:

<u>DOPE</u>

| | |
|---|---|
| No. 4,442,533 | IC25 |
| No. 4,403,067 | IC25 |
| No. 4,338,806 | IC28 |
| No. 4,387,143 | IC14 |
| No. 4,414,043 | IC41 |

<u>DOPE COUTURE</u>

| | |
|---|---|
| No. 4,075,682 | IC25 |
| No. 4,414,044 | IC25 |

(hereafter the foregoing registrations, and DOPE Marks, are collectively referred to as "the Dope Registrations").

Defendant Y.M., Inc. d/b/a Urban Planet, is a Canadian corporation with a principal place of business located at 50 Dufflaw Road, Toronto, ON M6A 2W1.

This Court has jurisdiction over YM and over the subject matter at issue in this action. YM consents to jurisdiction of this Court for the purpose of construing, executing and enforcing this Consent Judgment and Permanent Injunction, as well as the parties' settlement agreement, and this Court retains jurisdiction for this purpose.

YM disputes the allegations of Third Estate in this action.

The Parties have consented to entry of this Consent Judgment and Permanent Injunction for the purposes of settlement only, and this Consent Judgment and Permanent Injunction does not constitute evidence against, or an admission by, any Party.

YM and each of its members, officers, directors, agents, subsidiaries, affiliates, and/or other related companies (the "YM Parties") are permanently enjoined, as of December 1, 2013, from using in commerce in the United States any

1  of the marks of the Dope Registrations on or in connection with any of the goods of
2  the Dope Registrations, or any goods related thereto.
3    YM will, within 5 days of the entry of this Consent Judgment, provide a copy
4  of this Consent Judgment and Permanent Injunction to the YM Parties and all such
5  persons who receive actual notice of this Consent Judgment by personal service or
6  otherwise are and shall be permanently enjoined as set forth above.
7    The Parties shall bear their own costs and fees in connection with this action.
8    The provisions of this Consent Judgment and Permanent Injunction shall be
9  deemed to extend to and inure to the benefit of the Parties' respective successors-in-
10 interest, assigns, transferees, grantees, heirs, executors, administrators and
11 representatives, and to extend to and obligate the Parties' respective successors-in-
12 interest, assigns, transferees, grantees, heirs, executors, administrators and
13 representatives.
14   The Parties represent that they are duly authorized to execute and enter into
15 this Consent Judgment and Permanent Injunction.
16   We hereby consent to entry of this Consent Judgment and Permanent
17 Injunction:

19 Dated: March     , 2014    **Y.M., INC., A CANADIAN CORPORATION D/B/A URBAN PLANET**

21                            By:_____
22                            Name:
                               Its:

24 Dated: March     , 2014    **THIRD ESTATE LLC, DBA DOPE AND DOPE COUTURE**

26                            By:_____
27                            Name: Matte Fields
                               Its:

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

Approved at to form:

Dated: March     , 2014     **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By:_____
     David Martinez
**Attorneys for Plaintiff, Third Estate LLC, dba Dope and Dope Couture**

Dated: March     , 2014     **TUCKER ELLIS LLP**

By:_____
     Brian Brookey
**Attorneys for YM, Inc.**

IT IS SO ORDERED.

*[signature: Christina A. Snyder]*

Dated: March 18, 2014     _____
     The Honorable Christina A. Snyder
     **UNITED STATES DISTRICT COURT JUDGE**